**FILED**
June 28, 2023
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____D. Trujillo_____
DEPUTY

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# EL PASO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | CRIMINAL NO. EP-22-CR-01945-KC |
| | § | |
| Plaintiff, | § | **SUPERSEDING** |
| | § | **INDICTMENT** |
| v. | § | |
| | § | **CTs 1-2**: 18 U.S.C. § 933––Trafficking in |
| CESAR ANTONIO MARQUEZ OROPEZA, | § | Firearms; |
| | § | |
| Defendants. | § | |

THE GRAND JURY CHARGES:

## COUNT ONE
(18 U.S.C. § 933)

Beginning on or about July 24, 2022, and continuing through and including on or about November 9, 2022, in the Western District of Texas, and elsewhere, Defendant:

**CESAR ANTONIO MARQUEZ OROPEZA,**

did knowingly and willfully combine, conspire, confederate, and agree together with others known and unknown to commit offenses against the United States, namely: to willfully and knowingly ship, transport, cause to be transported, or otherwise dispose of firearms to another person, or receive firearms, to wit: (1) two Canik/Centruy Arms Inc., model TP9 Elite SC, 9mm handguns; (2) a Sig Sauer, Inc., model P365 9mm handgun; (3) a Kimber, model Micro 9, 9mm handgun, and other firearms in or otherwise affecting interstate or foreign commerce, knowing or having reasonable cause to believe that the use, carrying, possession, or receipt of the firearm by the recipient would constitute a felony, all in violation of Title 18, United States Code, Section 933.

**COUNT TWO**
(18 U.S.C. § 933(a)(2))

Beginning on or about July 24, 2022, and continuing through and including on or about November 9, 2022, in the Western District of Texas, Defendant:

**CESAR ANTONIO MARQUEZ OROPEZA,**

did receive from another person, in or otherwise affecting interstate or foreign commerce, a firearm, to wit: (1) two Canik/Centruy Arms Inc., model TP9 Elite SC, 9mm handguns; (2) a Sig Sauer, Inc., model P365 9mm handgun; (3) a Kimber, model Micro 9, 9mm handgun, and other firearms, knowing or having reasonable cause to believe that such receipt would constitute a felony, or did attempt to do so, all in violation of Title 18, United States Code, Section 933(a)(2).

A TRUE BILL.

_____
FOREPERSON OF THE GRAND JURY

JAIME ESPARZA
UNITED STATES ATTORNEY

BY: _____
Assistant United States Attorney